No. 20,596.

J. N. WILSON, *Appellee,* v. THE BOARD OF COUNTY COMMIS-
SIONERS OF THE COUNTY OF ALLEN et al., *Appellees,* and THE
BOARD OF EDUCATION OF THE CITY OF IOLA, *Appellant.*

OPINION DENYING A REHEARING.

Appeal from Allen district court; OSCAR FOUST, judge.
Opinion denying a rehearing filed February 10, 1917. (For
original opinion of reversal, see *ante,* p. 586.

*Charles H. Apt,* and *Frederick G. Apt,* both of Iola, for the
appellant.

*Per Curiam:* In a petition for a rehearing filed by the
plaintiff it is urged that the court was mistaken in stating in
the former opinion that none of the parties had appeared or
filed briefs except the appellant. It is said that the plaintiff
"entered his appearance" in this court and filed a disclaimer.
All that was meant by the statement in the opinion was that
the court had received no assistance in the way of briefs or
arguments by any of the parties except the appellant. Since
the plaintiff's disclaimer shows he has no interest in the con-
troversy here he has no right to a rehearing. He makes the
further point that he relied upon the rule, frequently declared,
that this court will refuse to entertain an appeal when it ap-
pears that the judgment below has been paid. That rule has
no possible application in this case, because the judgment
which plaintiff's disclaimer shows has been paid is not the
judgment appealed from. As the opinion stated, the court be-
low rendered several judgments, one, which has been paid, in
favor of plaintiff and against the county; another in favor of
the county and against the appellant, the board of education of
the city of Iola. It also rendered judgment in favor of school
district No. 9. But the judgment appealed from, and which
was reversed, was the one in favor of the county and against
the board of education. Since plaintiff's judgment has been
paid, he, of course, has no interest in the appeal, and his peti-
tion for a rehearing is denied.

For the same reasons a petition for a rehearing filed by
school district No. 9 is denied, since the school district had no
interest in the judgment appealed from.